UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MICHAEL G. ROBINSON and MICHELLE
ROBINSON,

          Plaintiffs,

   v.

H&R BLOCK BANK, FSB, SAND
CANYON CORPORATION f/k/a OPTION
ONE MORTGAGE CORPORATION, and
MELISSA HIVELY,

          Defendants

Civil Action No. 1:12-cv-04196-SJ-SMG

DECLARATION OF
DALE M. SUGIMOTO

I, DALE M. SUGIMOTO, declare as follows:

1.     I am the President of Sand Canyon Corporation ("Sand Canyon") f/k/a Option One Mortgage Corporation ("Option One").

2.     I have reviewed the Declaration of Greg Quarles, President, H&R Block Bank, FSB and the exhibits attached thereto ("Dec. of G. Quarles"), which I understand is being filed simultaneously with this declaration. True and accurate copies of the documents defined herein as the CEMA Mortgage, Adjustable Rate Note and GAP Note are attached to the Dec. of G. Quarles as Exhibits 1, 2 and 3 respectively. True and accurate copies of the CEMA Note and Allonge, as described herein, are attached within Exhibit 4 of the Dec. of G. Quarles.

3.     On or about December 31, 2007, Option One exited the loan origination business and as of April 30, 2008, sold its loan servicing business. The Purchase Agreement, which memorialized the sale of its servicing assets, provided that Option One change its name; subsequently, Option One changed its name to Sand Canyon Corporation.

4.　　On or about November 28, 2005, Plaintiff Michael G. Robinson executed an Adjustable Rate Note in the amount of $465,000.00 in favor of Option One (the "Adjustable Rate Note"). **A true and accurate copy of the Adjustable Rate Note is attached to the Dec. of G. Quarles ¶ 6, Exhibit ("Ex.") 2.**

5.　　The Adjustable Rate Note evidenced a loan provided by Option One to Plaintiffs in connection with Plaintiffs' purchase of a property located at 922 Avenue B, Brooklyn, New York 11236 (the "Property").

6.　　The Adjustable Rate Note was secured by a mortgage interest in the Property.

7.　　On or about December 21, 2006, Plaintiff Michael G. Robinson executed a GAP Adjustable Rate Note in the amount of $54,673.66 in favor of Option One (the "GAP Note"). A **true and accurate copy of the GAP Note is attached to the Dec. of G. Quarles ¶ 6, Ex. 3.**

8.　　The GAP Note evidenced a second loan provided by Option One to Plaintiffs and was secured by a mortgage interest in the Property.

9.　　On or about December 21, 2006, Plaintiff Michael G. Robinson executed a Consolidated Adjustable Rate Note in the amount of $517,000.00 in favor of Option One (the "CEMA Note") thereby consolidating, extending and modifying the prior loans evidenced by the Adjustable Rate Note and the GAP Note.　**A true and accurate copy of the CEMA Note is attached within Dec. of G. Quarles ¶ 7, Ex. 4.**

10.　　On or about December 22, 2006, Plaintiffs Michael G. Robinson and Michelle Robinson executed a Consolidation, Extension and Modification Agreement thereby consolidating the mortgages owned by Option One into one security interest on the Property (the "CEMA Mortgage").　On or about February 12, 2007, Option One caused the CEMA Mortgage

2

to be recorded and filed with the City Register of the City of New York. A true and accurate **copy of the recorded CEMA Mortgage is attached to the Dec. of G. Quarles ¶ 5, Ex. 1.**

11.     On or about January 31, 2007, Option One delivered, through its agent and custodian, to Block Bank an indorsed allonge to the CEMA Note (the "Allonge"). A true and **accurate copy of the Allonge is attached within Dec. of G. Quarles ¶ 7, Ex. 4.**

12.     By delivering the indorsed Allonge, Option One intended to assign the CEMA Note to Block Bank.

13.     On or about January 31, 2007, Option One, through its agent and custodian, caused the CEMA Note with Allonge to be delivered to Block Bank. After recordation of the CEMA Mortgage, Option One, through its agent and custodian, caused the CEMA Mortgage to be delivered to Block Bank.

14.     On or about January 31, 2007, Option One also caused the GAP Note, the Adjustable Rate Note and the corresponding mortgage documents to be delivered, through its guardian and custodian, to Block Bank.

15.     At the time of the transfer and delivery of the CEMA Note, it was Option One's practice to deliver allonges to notes by placing allonges directly behind their corresponding notes.

16.     Sand Canyon f/k/a Option One has not received any payments in connection with the CEMA Note since the assignment of the CEMA Note to Block Bank on January 31, 2007.

17.     On or about March 30, 2011, Sand Canyon f/k/a Option One indorsed and caused to be recorded and filed with the City Register of the City of New York an Assignment of Mortgage to Block Bank (the "Assignment of Mortgage"). A true and accurate copy of the **Assignment of Mortgage is attached hereto as Exhibit A.**

3

18.     On or about September 20, 2012, Sand Canyon f/k/a Option One indorsed a Correction Assignment of Mortgage to Block Bank stating the effective date of assignment as January 31, 2007, and caused that to be recorded and filed with the City Register of the City of New York. **A true and accurate copy of the Corrective Assignment of Mortgage is attached hereto as Exhibit B.**

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

Executed this 13th day of March, 2013 in Irvine, California.

_____
Dale M. Sugimoto, President
Sand Canyon Corporation

4

Exhibit "A"



**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

This page is part of the instrument. The City
Register will rely on the information provided
by you on this page for purposes of indexing
this instrument. The information on this page
will control for indexing purposes in the event
of any conflict with the rest of the document.

2011040600450001001E0F35

## RECORDING AND ENDORSEMENT COVER PAGE                    PAGE 1 OF 4

| | | |
|---|---|---|
| Document ID: 2011040600450001 | Document Date: 03-30-2011 | Preparation Date: 04-06-2011 |
| Document Type: ASSIGNMENT, MORTGAGE | | |
| Document Page Count: 2 | | |

| PRESENTER: | RETURN TO: |
|---|---|
| SECURITY CONNECTIONS, INC. | SECURITY CONNECTIONS, INC. |
| 240 TECHNOLOGY DRIVE | 240 TECHNOLOGY DRIVE |
| IDAHO FALLS, ID 83401 | IDAHO FALLS, ID 83401 |
| 208-528-9895 | 208-528-9895 |
| ckillian@security-connect.com | ckillian@security-connect.com |

### PROPERTY DATA

| Borough | Block | Lot | | Unit | Address |
|---|---|---|---|---|---|
| BROOKLYN | 8110 | 39 | Entire Lot | | 9222 AVENUE B |

Property Type: DWELLING ONLY - 1 FAMILY

### CROSS REFERENCE DATA

CRFN: 2006000000239
☒ Additional Cross References on Continuation Page

### PARTIES

| ASSIGNOR/OLD LENDER: | ASSIGNEE/NEW LENDER: |
|---|---|
| SAND CANYON CORPORATION | H&R BLOCK BANK FSB |
| 7595 IRVINE CENTER DR, SUITE 100 | ONE H&R BLCOK WAY, 8TH FLOOR |
| IRVINE, CA 92618 | KANSAS CITY, MO 64105 |

### FEES AND TAXES

| Mortgage | | | Filing Fee: | | |
|---|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | | |
| Exemption: | | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | | |
| City (Additional): | $ | 0.00 | | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | | |
| TASF: | $ | 0.00 | | | |
| MTA: | $ | 0.00 | | | |
| NYCTA: | $ | 0.00 | | | |
| Additional MRT: | $ | 0.00 | | | |
| TOTAL: | $ | 0.00 | | | |
| Recording Fee: | $ | 50.00 | | | |
| Affidavit Fee: | $ | 0.00 | | | |

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**



2011040600450001001C0DB5

RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION)   PAGE 2 OF 4

| | | |
|---|---|---|
| Document ID: 2011040600450001 | Document Date: 03-30-2011 | |
| Document Type: ASSIGNMENT, MORTGAGE | | Preparation Date: 04-06-2011 |

**CROSS REFERENCE DATA**
CRFN: 2007000082498

NEW YORK

COUNTY OF *KINGS (A)*

LOAN NO. *(0022707905 )331051385*

POOL NO.

## ASSIGNMENT OF MORTGAGE

KNOW THAT *SAND CANYON CORPORATION FKA OPTION ONE MORTGAGE CORPORATION*

located at *7595 IRVINE CENTER DRIVE, SUITE 100, IRVINE, CA 92618* ,

Assignor, in consideration of TEN DOLLARS ($10.00) and other good and valuable consideration paid

by *H & R BLOCK BANK FSB*

_____ , Assignee,

located at *ONE H & R BLOCK WAY, 8TH FLOOR, KANSAS CITY, MO 64105*

hereby assigns unto the Assignee those deeds of trust made by *MICHAEL G. ROBINSON AND*

DISTRICT       *MICHELLE ROBINSON*

for *FOUR HUNDRED SIXTY-FIVE THOUSAND and NO/100----*($  *465,000.00*)

payable to *OPTION ONE MORTGAGE CORPORATION* and

covering the premises at *9222 AVE B BROOKLYN, NY 11236*

_____ ,

recorded in the office of Clerk of the County of *KINGS* , State of New York and

more particularly described below. These mortgages have been consolidated, by the terms of the

SECTION       office of Clerk of the county above, to form a single first mortgage lien.

BLOCK       *AS DESCRIBED ON SAID MORTGAGES REFERRED TO HEREIN.*
8110

LOT           *ORIGINAL MORTGAGE*
39            *OPTION ONE MORTGAGE CORPORATION*        *JANUARY 3, 2006     465,000.00*
UNIT          *BOOK               PAGE*               *DOC. 2006000000239*

              *MORTGAGE*                              *REC. FEBRUARY 12, 2007*
              *OPTION ONE MORTGAGE CORPORATION*                    *54,673.66*
              *MICHAEL G. ROBINSON AND MICHELLE ROBINSON*
              *BOOK               PAGE*               *DOC. 2007000082498*

              *CONSOLIDATED*                          *REC. FEBRUARY 12, 2007*
              *OPTION ONE MORTGAGE CORPORATION*                    *517,000.00*
              *MICHAEL G. ROBINSON AND MICHELLE ROBINSON*
              *BOOK               PAGE*               *DOC. 2007000082499*

*C=s.172.0071*
*P=S.002.00224.63     J=hr8010109ai.s.03401*
(NMRI.NY.CONSOL)

331051385                                          9
Name: ROBINSON  MICHAEL G  Location: KASOTA
Customer: HRBB              Pool: OPT1 DRY-WARE

Loan No. (0022707905 )331051385

TO HAVE AND TO HOLD the same unto the assignee and to the successors,
legal representatives and assigns of the assignee forever.
The 'word "assignor" or "assignee" shall be construed as if it read
"assignors" or "assignees" whenever the sense of this instrument so
requires. This assignment is not subject to the requirements of sect-
ion 275 of the Real Property Law because it is an assignment within the
secondary mortgage market.
IN WITNESS WHEREOF, the assignor has duly executed this assignment this
**30th** day of **MARCH 2011** ,
but effective the **28th** day of **NOVEMBER 2005** .

SAND CANYON CORPORATION FKA OPTION ONE MORTGAGE CORPORATION

BY_____        BY_____ *Melissa HE*
                                 **MELISSA HIVELY**
                                 **VICE PRESIDENT**

STATE OF **IDAHO**          )
                           ) ss
COUNTY OF **BONNEVILLE**    )

On the **30th** day of **MARCH 2011** before me, the undersi-
gned personally appeared **MELISSA HIVELY** and _____
_____, personally known to me or proved to me on
the basis of satisfactory evidence to be the individual(s) whose name(s)
is (are) subscribed to the within instrument and acknowledged to me that
he/she/they executed the same in his/her/their capacity(ies), that by
his/her/their signature(s) on the instrument, the individual(s) acted,
executed the instrument, and that such individual made such appearance
before the undersigned in the County of _____ **BONNEVILLE** ,
State of **IDAHO** .

_____
**VICKIE SORG** (COMMISSION EXP. 08-18-11)
NOTARY PUBLIC

**BONNEVILLE**

**VICKIE SORG
NOTARY PUBLIC
STATE OF IDAHO**

SEAL   Page 2 of 2

PREPARED BY SECURITY
CONNECTIONS, INC.
WHEN RECORDED MAIL TO:
SECURITY CONNECTIONS INC.
240 TECHNOLOGY DRIVE
IDAHO FALLS, ID 83401
EH: (208)528-9895
ATT: KARLEEN MAUGHAN

(NMRI.NY)

C=s.172.0071
P=s.002.00224.63        J=hr8010109ai.s.03401

# Exhibit "B"

| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER |  |
|---|---|
| This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | 2012092100759001001E1A30 |

| RECORDING AND ENDORSEMENT COVER PAGE | PAGE 1 OF 4 |
|---|---|

| Document ID: 2012092100759001 | Document Date: 09-20-2012 | Preparation Date: 09-21-2012 |
|---|---|---|

Document Type: ASSIGNMENT, MORTGAGE
Document Page Count: 2      Non-Standard Form Size

| PRESENTER: | RETURN TO: |
|---|---|
| ERIC ZENI | SOLOMON & SIRIS PC |
| SOLOMON SIRIS PC | 100 QUENTIN ROOSEVELT BLVD |
| 100 QUENTIN ROOSEVELT BLVD. STE 504 | STE 504 |
| GARDEN CITY, NY 11530 | GARDEN CITY, NY 11530 |
| 516-228-9350 | 516-228-9350 |
| EZENI@SOLOMONSIRIS.COM | EZENI@SOLOMONSIRIS.COM |

## PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 8110 | 39 | Entire Lot | 9222 AVENUE B |

Property Type: DWELLING ONLY - 1 FAMILY

## CROSS REFERENCE DATA

CRFN: 2006000000239
   x   Additional Cross References on Continuation Page

## PARTIES

| ASSIGNOR/OLD LENDER: | ASSIGNEE/NEW LENDER: |
|---|---|
| SAND CANYON CORPORATION F/K/A OPTION ONE MORTGAGE | H&R BLOCK BANK FSB |
| | H&R BLOCK WAY, 8TH FLOOR |
| 7995 IRVINE CENTER DRIVE, SUITE 100 | KANSAS CITY, MO 64105 |
| IRVINE, CA 92618 | |

## FEES AND TAXES

| Mortgage | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | **RECORDED OR FILED IN THE OFFICE** | |
| MTA: | $ | 0.00 | **OF THE CITY REGISTER OF THE** | |
| NYCTA: | $ | 0.00 | **CITY OF NEW YORK** | |
| Additional MRT: | $ | 0.00 | Recorded/Filed    09-25-2012 15:36 | |
| TOTAL: | $ | 0.00 | City Register File No.(CRFN): | |
| Recording Fee: | $ | 75.00 | **2012000380870** | |
| Affidavit Fee: | $ | 0.00 | | |

*Annette M. Hill*

*City Register Official Signature*



NYC DEPARTMENT OF FINANCE
OFFICE OF THE CITY REGISTER

2012092100759001001C18B0

**RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION)**     **PAGE 2 OF 4**

Document ID: 2012092100759001    Document Date: 09-20-2012    Preparation Date: 09-21-2012
Document Type: ASSIGNMENT, MORTGAGE

**CROSS REFERENCE DATA**
CRFN: 2007000082498
CRFN: 2007000082499

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT-THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY

## CORRECTION ASSIGNMENT

**KNOW THAT**

Sand Canyon Corporation f/k/a Option One Mortgage Corporation,
7995 Irvine Center Drive, Suite 100
Irvine, California 92618

, assignor,

in consideration of

ten and no dollars ($10.00) ........................................................ dollars,
paid by H&R Block Bank FSB,

H & R Block Way, 8ᵗʰ Floor, Kansas City, MO 64105

hereby assigns unto the assignee,                                    , assignee,

Mortgages dated the    *See Below    day of                , made by
Michael G. Robinson and Michelle Robinson
to Option One Mortgage Corporation (now known as Sand Canyon Corporation)

in the principal sum of $ *See Below    and recorded on the *See Below    day of

in Liber/Reel    *See Below    of Section    of Mortgages, Page    , in the City Register's Office
of Kings County, New York                                    covering premises

9222 Avenue B, Brooklyn, New York 11236 (Block 8110, Lot 39)

*Mortgages:

Mortgage dated November 28, 2005            Recorded: January 3, 2006
                                            CRFN: 2006000000239
                                            Amount:   $465,000

GAP Mortgage dated December 21, 2006        Recorded: February 12, 2007
                                            CRFN: 2007000082498
                                            Amount:   $54,673.66

Consolidation, Modification and Extension   Recorded: February 12, 2007
Agreement dated December 21, 2006           CRFN: 2007000082499
                                            Amount:   $517,000

TOGETHER with the bonds    or notes    or obligations    described in said mortgages    , and  the
money due and to grow due thereon with the interest; TO HAVE AND TO HOLD the same unto the assignee
and to the successors, legal representatives and assigns of the assignee forever.

The word "assignor" or "assignee" shall be construed as if it read "assignors" or "assignees" whenever the
sense of the instrument so requires.  This assignment is not subject to the requirements of section 275 of the
Real Property Law because it is an assignment with the secondary mortgage market.

*This assignment is intended to correct an assignment of the same mortgages described above.  The
assignment being corrected is dated March 30, 2011 but incorrectly stated to be "effective" November 28,
2005 instead of January 31, 2007.  The original assignment was recorded on April 20, 2011 under CRFN
2011000144341.

IN WITNESS WHEREOF, the assignor has duly executed this assignment the 20ᵗʰ day of Sept. , 2012
but effective January 31, 2007.

IN PRESENCE OF:

By: DALE SUGIMOTO, PRESIDENT
Sand Canyon Corporation
f/k/a Option One Mortgage Corporation

Linda T. Landau

Linda M. Vitale

Standard N.Y.B.T.U. Form 8022 -- Assignment of Mortgage with Covenant -- Uniform Acknowledgment

**TO BE USED ONLY WHEN THE ACKNOWLEDGMENT IS MADE IN NEW YORK STATE**

State of New York, County of ss:

On the day of in the year before me, the undersigned, personally appeared

personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

(signature and office of individual taking acknowledgment)

State of New York, County of ss:

On the day of in the year before me, the undersigned, personally appeared

personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

(signature and office of individual taking acknowledgment)

**TO BE USED ONLY WHEN THE ACKNOWLEDGMENT IS MADE OUTSIDE NEW YORK STATE**

State of California, County of Orange ss:

On the 20th day of September in the year 2012 before me, the undersigned, personally appeared Dale Sugimoto

personally known to me or proved to me on the basis of satisfactory evidence to be the individual(~~s~~) whose name(s) is (~~are~~) subscribed to the within instrument and acknowledged to me that he/~~she/they~~ executed the same in his/~~her/their~~ capacity(~~ies~~), and that by his/~~her/their~~ signature(~~s~~) on the instrument, the individual(~~s~~), or the person upon behalf of which the individual(s) acted, executed the instrument.

[signature]

(signature and office of individual taking acknowledgment)

Amy D. Labeta

AMY D. LABETA
Commission # 1835781
Notary Public - California
Orange County
My Comm. Expires Mar 4, 2013

State of , County of ss:

On the day of in the year before me, the undersigned, personally appeared

personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

(signature and office of individual taking acknowledgment)

SEAL

## CORRECTION ASSIGNMENT OF MORTGAGE

WITH COVENANT

Title No. ______________________

SECTION
BLOCK 8110
LOT 39
COUNTY OR TOWN Kings
STREET ADDRESS 9222 Avenue B
Brooklyn, New York 11236

Recorded at Request of
New York Title Research Corp

STANDARD FORM OF NEW YORK BOARD OF TITLE UNDERWRITERS

Distributed by

**New York Title Research Corp**
**www.nytitle.com**

RETURN BY MAIL TO:

SOLOMON & SIRIS, P.C.
100 Quentin Roosevelt Boulevard
Suite 504
Garden City, New York 11530

THIS SPACE FOR USE OF RECORDING OFFICE