UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL G. ROBINSON and MICHELLE ROBINSON,<br><br>Plaintiffs,<br><br>v.<br><br>H&R BLOCK BANK, FSB, SAND CANYON CORPORATION f/k/a OPTION ONE MORTGAGE CORPORATION, and MELISSA HIVELY,<br><br>Defendants | Civil Action No. 1:12-cv-04196-SMG<br><br>**SUPPLEMENTAL DECLARATION OF DALE M. SUGIMOTO** |

I, DALE M. SUGIMOTO, declare as follows:

1. I am the President of Sand Canyon Corporation f/k/a Option One Mortgage Corporation (hereinafter, "Sand Canyon").

2. By resolution of Sand Canyon's Board of Directors dated June 2, 2009, Melissa Hively was elected to the office of Vice President of Sand Canyon. In that resolution, Ms. Hively was granted the power and authority to execute certain documents on behalf of Sand Canyon, including but not limited to, assignments of mortgages.

3. As of March 30, 2011, Ms. Hively had the authority to execute the Assignment of Mortgage dated March 30, 2011 (the "Assignment of Mortgage"). A copy of the Assignment of Mortgage is attached as Exhibit B to the Declaration of Dale M. Sugimoto previously filed in support of H&R Block Bank FSB's Motion for Summary Judgment in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of April, 2013 in Irvine, California.

                                               _____
                                               Dale M. Sugimoto, President
                                               Sand Canyon Corporation